433 A.2d 552

Commonwealth v. Kennedy, Appellant.

Argued March 11, 1980.   James G. Colins, for appellant;  Allan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Judgment of sentence affirmed.

433 A.2d 552

Commonwealth v. Lewis, Appellant.

Submitted February 25, 1981.   Joseph F. Sklarosky, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and WIEAND, JJ.

The record in this case is ordered transferred to the Commonwealth Court.